RECEIVED

MAR 23 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HENRY C. ANEKWU, Petitioner | CIVIL ACTION NO. 1:18-CV-142-P |
| VERSUS | JUDGE DEE D. DRELL |
| DAVID COLE, ET AL., Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus is hereby DISMISSED, with prejudice as to the jurisdictional issue, and without prejudice as to the merits of Anekwu's claim.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 22nd day of March, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE